1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ANTHONY NGUYEN,                          CASE NO. 1:11-cv-00809-OWW-SKO PC

10              Plaintiff,                   ORDER DENYING MOTION FOR
                                            CONSENT/DECLINE FORM AS MOOT
11       v.
                                            (Doc. 13)
12  BITER, M.D., et al.,

13              Defendants.
                                     /
14

15       Plaintiff Anthony Nguyen, a state prisoner proceeding pro se, filed this civil rights action

16  pursuant to 42 U.S.C. § 1983 on May 18, 2011.  On June 9, 2011, Plaintiff filed a motion requesting

17  another consent/decline form in light of his uncertainty whether the first form he sent was received.

18       The form declining Magistrate Judge jurisdiction was received by the Court on June 6, 2011,

19  and a United States District Judge was assigned to this case on that date.  Accordingly, Plaintiff's

20  request for another form is moot and is HEREBY DENIED on that ground.

21

22  IT IS SO ORDERED.

23  **Dated:    June 13, 2011**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE
24

25
26
27
28

1