# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>             Plaintiff,<br><br>     v.<br><br>BITER, M.D., et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:11-cv-00809-OWW-SKO PC<br><br>ORDER STRIKING EXHIBITS AND DISCOVERY<br><br>(Docs. 28 and 29) |

Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. On June 24, 2011, Plaintiff filed exhibits in support of his complaint and discovery in the form of numerous declarations.

Exhibits offered in support of a pleading must be attached to the pleading and incorporated by reference. Fed. R. Civ. P. 10(c). Plaintiff may not supplement his complaint piecemeal and his exhibits are HEREBY STRICKEN from the record.

Further, the Court cannot serve as a repository for the parties' evidence. There is no issue pending before the Court requiring the submission of evidence and Plaintiff's "discovery" is therefore STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   June 28, 2011**            /s/ Sheila K. Oberto
                                      UNITED STATES MAGISTRATE JUDGE