# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN, | CASE NO. 1:11-cv-00809-AWI-SKO PC |
| Plaintiff, | ORDER STRIKING INTERROGATORIES |
| v. | (Doc. 18) |
| M. D. BITER, et al., | |
| Defendants. | |

Plaintiff Anthony Nguyen, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. On June 10, 2011, Plaintiff filed a document entitled "Interrogatories for the Court of Its Instructional Orders," in which Plaintiff asks a number of questions regarding the First Informational Order.

The Court is laboring under an extraordinarily heavy caseload volume and it is unable to respond to requests for clarification of this nature. Plaintiff may be assured that as long as he keeps the Court informed of his current address, he will be served with any orders issued in this case. Accordingly, Plaintiff's "interrogatories" are HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:** October 7, 2011         /s/ Sheila K. Oberto
                        UNITED STATES MAGISTRATE JUDGE

1