1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                           EASTERN DISTRICT OF CALIFORNIA

8    ANTHONY NGUYEN,                          CASE NO. 1:11-cv-00809-AWI-SKO PC

9              Plaintiff,                      ORDER DENYING PLAINTIFF'S MOTION
                                              FOR AN ORDER GRANTING HIM
10        v.                                   PREFERRED LIBRARY USER STATUS

11   M. D. BITER, et al.,                      (Doc. 22)

12             Defendants.
                                       /
13

14        Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this

15   civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  On June 20, 2011, Plaintiff filed

16   a motion seeking a court order granting him preferred library user (PLU) status.

17        Issues involving access to the law library must be raised with prison officials.  The Court has

18   no jurisdiction to intervene and order that Plaintiff be granted PLU status.  E.g., Summers v. Earth

19   Island Institute, 555 U.S. 488, ___, 129 S.Ct. 1142, 1149 (2009); Mayfield v. United States, 599 F.3d

20   964, 969 (9th Cir. 2010).  To the extent that Plaintiff needs additional time in the future to comply

21   with a court order, he may seek an extension of time.

22        Accordingly, Plaintiff's motion for an order granting him PLU status is HEREBY DENIED.

23

24   IT IS SO ORDERED.

25   **Dated:    October 7, 2011                    /s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                              1