1

2

3

4

5

6               # UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   ANTHONY NGUYEN,                          CASE NO. 1:11-cv-00809-AWI-SKO PC

                    Plaintiff,              ORDER DISMISSING DEFENDANTS
10                                          ADAMS, TARNOFF, POOL, AND FOSTON,
        v.                                  AND REFERRING MATTER BACK TO
11                                          MAGISTRATE JUDGE TO INITIATE
    M. D. BITER, et al.,                    SERVICE OF PROCESS AGAINST
12                                          DEFENDANT BITER
                    Defendants.
13                                          (Doc. 36)

14   _____/

15          Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  Plaintiff, who is incarcerated at

17   Kern Valley State Prison, alleges that the water at the prison is contaminated with arsenic.

18          In an order filed on October 11, 2011, the Court screened Plaintiff's complaint and found that

19   it stated an Eighth Amendment claim against Defendant Biter, but it failed to state a claim against

20   Defendants Adams, Tarnoff, Pool, and Foston.  28 U.S.C. § 1915A(a).  Plaintiff was ordered to

21   either file an amended complaint or notify the Court of his willingness to proceed only on his claim

22   against Defendant Biter.

23          On October 27, 2011, Plaintiff filed a notice in which he requested to proceed only on his

24   cognizable claim against Defendant Biter without filing an amended complaint.  Accordingly, it is

25   HEREBY ORDERED that:

26          1.      This action shall proceed against Defendant Biter on Plaintiff's Eighth Amendment

27                  water contamination claim;

28   ///

                                                   1

1      2.      Defendants Adams, Tarnoff, Pool, and Foston are dismissed from this action based

2             on Plaintiff's failure to state a claim against them; and

3      3.      This matter is referred back to the Magistrate Judge to initiate service of process

4             proceedings.

5

6    IT IS SO ORDERED.

7

Dated:     October 28, 2011

8                                                      CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28