1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   ANTHONY NGUYEN,                          CASE NO. 1:11-cv-00809-AWI-SKO PC

10              Plaintiff,                   ORDER DENYING MOTION AS
                                             UNNECESSARY AND GRANTING
11      v.                                   PLAINTIFF THIRTY DAYS WITHIN WHICH
                                             TO FILE AN AMENDED COMPLAINT
12   M. D. BITER,
                                             (Doc. 38)
13              Defendant.

14   _____/

15       Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this

16   civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  On October 11, 2011, the Court

17   screened Plaintiff's complaint and ordered him to either file a notice of willingness to proceed only

18   on the claim found to be cognizable or file an amended complaint.  Plaintiff filed a notice of

19   willingness to proceed only on his cognizable claim against Defendant Biter on October 27, 2011,

20   and in response, the Honorable Anthony W. Ishii dismissed Defendants Adams, Tarnoff, Pool, and

21   Foston from this action on October 31, 2011.  Now pending before the Court is Plaintiff's motion

22   seeking leave to amend, filed on December 8, 2011.

23       Plaintiff has not previously amended and therefore, he may amend once as a matter of right

24   without leave of court. Fed. R. Civ. P. 15(a)(1).  However, given that the next phase of litigation is

25   service of the complaint by the United States Marshal, and this action cannot sit idle indefinitely, the

26   Court will grant Plaintiff thirty days within which to file an amended complaint.  If Plaintiff fails to

27   do so by the deadline, the Court will issue an order directing the United States Marshal to initiate

28   service of the original complaint on Defendant Biter.

1

1    Accordingly, Plaintiff's motion to amend is HEREBY DENIED as unnecessary, but Plaintiff

2  is GRANTED **thirty (30) days** within which to file an amended complaint.  If an amended

3  complaint is not filed by the deadline, the United States Marshal will be directed to initiate service

4  of the original complaint.

5

6  IT IS SO ORDERED.

7  **Dated:    December 12, 2011**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28