# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,            | CASE NO. 1:11-cv-00809-AWI-SKO PC |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL |
|     v. | COMPLAINT AND FOR FORM |
| M. D. BITER, et al., | (Doc. 50) |
|     Defendants. | |

Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. On January 13, 2012, Plaintiff filed a motion seeking leave to file a supplemental complaint and for a supplemental complaint form.

Rule 15(d) provides that "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). However, a motion seeking relief from the Court must "state with particularity the grounds for seeking the order." Fed. R. Civ. P. 7(b)(1)(B).

The Court will not grant Plaintiff leave to file a supplemental complaint in the absence of any showing by Plaintiff regarding the grounds for supplementation and in the absence of the submission of a proposed supplemental complaint. Plaintiff's motion is HEREBY DENIED on those grounds.

///

///

///

Further, Plaintiff's motion for a supplemental form complaint is also DENIED.  The Court does not have a form complaint for supplemental complaints.  Plaintiff may either handwrite his supplemental complaint or use the complaint form available at the prison, making any necessary changes to the caption to reflect it is a supplemental complaint.

IT IS SO ORDERED.

**Dated:   January 25, 2012**              /s/ Sheila K. Oberto
                             UNITED STATES MAGISTRATE JUDGE