# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>M. D. BITER, et al.,<br><br>    Defendants.<br>                                     / | CASE NO. 1:11-cv-00809-AWI-SKO PC<br><br>ORDER DENYING MOTION FOR SERVICE DOCUMENTS AS PREMATURE<br><br>(Doc. 54) |

    Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. On March 2, 2012, Plaintiff filed a motion seeking the issuance of service documents.

    Although the Court previously authorized service of Plaintiff's complaint, Plaintiff subsequently filed an amended complaint. The Court screened Plaintiff's amended complaint, and in an order filed on May 30, 2012, Plaintiff was directed to either file a second amended complaint or notify the Court of his election to proceed on his original complaint. Thus, at this juncture, Plaintiff's motion for service documents is premature and it is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:    June 6, 2012                               /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE