# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>        Plaintiff,<br><br>   v.<br><br>M. D. BITER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:11-cv-00809-AWI-SKO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A COPY OF THE DOCKET<br><br>(Doc. 55) |

    Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. On March 15, 2012, Plaintiff filed a motion seeking a copy of the docket.

    Plaintiff's motion is HEREBY GRANTED and the Clerk's Office shall send him a copy of the docket for this action.

IT IS SO ORDERED.

**Dated:   June 6, 2012**                      **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE