1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  ANTHONY NGUYEN,                              CASE NO. 1:11-cv-00809-AWI-SKO PC

10                      Plaintiff,              ORDER GRANTING PLAINTIFF'S MOTION
                                                FOR A COPY OF THE DOCKET
11         v.
                                                (Doc. 55)
12  M. D. BITER, et al.,

13                      Defendants.
                                          /
14  _____

15        Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this

16  civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  On March 15, 2012, Plaintiff filed

17  a motion seeking a copy of the docket.

18        Plaintiff's motion is HEREBY GRANTED and the Clerk's Office shall send him a copy of

19  the docket for this action.

20

21

22

23    IT IS SO ORDERED.

24  **Dated:    June 6, 2012**                          **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1