# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>            Plaintiff,<br><br>    v.<br><br>M. D. BITER,<br><br>            Defendant.<br>_____/ | Case No.  1:11-cv-00809-AWI-SKO (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(Doc. 98) |

   Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  This action is proceeding against Defendant Biter for violation of the Eighth Amendment of the United States Constitution.

   On January 31, 2014, Plaintiff filed a motion seeking a settlement conference in this matter.  This case is exempted from the mandatory scheduling order requirement, which encompasses settlement conferences, and the Court will set a settlement conference only if both parties believe one would be beneficial.  Local Rules 240(c)(8), 270.  Given the absence of any indication that Defendant is agreeable to participating in a settlement conference, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

   Dated:   **March 11, 2014**              /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28