# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN, | Case No. 1:11-cv-00809-AWI-SKO (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| M. D. BITER, | (Doc. 106) |
| Defendant. | |

Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. This action is proceeding against Defendant Biter for violation of the Eighth Amendment of the United States Constitution.

A scheduling order was filed on January 6, 2014, and this action is currently in the discovery phase. On August 6, 2014, Defendant filed a motion seeking leave to depose Plaintiff by videoconference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown for the request to depose Plaintiff by videoconference, Defendant's request is HEREBY GRANTED. Fed. R. Civ. P. 30(b)(4).

IT IS SO ORDERED.

Dated: **August 11, 2014**   **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE