# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. D. BITER,<br><br>　　　　Defendant.<br>_____/ | Case No.  1:11-cv-00809-AWI-SKO (PC)<br><br>ORDER STRIKING SUPPLEMENTAL BRIEF<br><br>(Doc. 128) |

　　Plaintiff Anthony Nguyen, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  This action is proceeding against Defendant Biter for violation of the Eighth Amendment of the United States Constitution.

　　On October 30, 2014, Plaintiff filed a "Supplement to Motion for Clarification."  Plaintiff is referred to the orders filed on October 28, 2014, in which his motion for clarification was denied and he was placed on notice that he lacks entitlement to file supplemental briefing or surreplies, absent leave of court.

　　In light of the Court's rulings on October 28, 2014, Plaintiff's supplemental brief is ORDERED STRICKEN from the record.

IT IS SO ORDERED.

　　Dated:   **November 3, 2014**　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE