# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>    Plaintiff,<br><br>  v.<br><br>M. D. BITER,<br><br>    Defendant.<br>_____/ | Case No. 1:11-cv-00809-AWI-SKO (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF DISCOVERY DEADLINE, AND SETTING PRETRIAL DISPOSITIVE MOTION AND OPPOSITION DEADLINES<br><br>(Docs. 115 and 133)<br><br>Discovery Deadline: 06/08/2015<br>Motion Deadline: 07/20/2015 |

Plaintiff Anthony Nguyen ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. This action is proceeding against Defendant M. D. Biter ("Defendant") for violation of the Eighth Amendment of the United States Constitution, a claim which arises from Plaintiff's allegations that he was exposed to arsenic-contaminated water while at Kern Valley State Prison in Delano, California.[1]

On September 15, 2014, Plaintiff filed a motion seeking an extension of the discovery deadline. Fed. R. Civ. P. 16(b)(4). On February 6, 2015, following the issuance of three orders resolving numerous motions and vacating the pretrial dispositive motion deadline pending Defendant's response to Plaintiff's motion to supplement his complaint, Defendant filed a statement of non-opposition to a limited extension of the discovery deadline. Local Rule 230(*l*).

---

[1] Plaintiff is presently incarcerated at California State Prison-Centinela in Imperial.

Plaintiff's motion to supplement his complaint was resolved in a separate order and therefore, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for an extension of the discovery deadline is GRANTED;
2. The deadline for the completion of all discovery, including filing motions to compel, is June 8, 2015;
3. The deadline for filing pretrial dispositive motions is July 20, 2015; and
4. Defendant shall file his opposition to Plaintiff's pending motion for summary judgment on or before July 20, 2015.

IT IS SO ORDERED.

Dated:   **March 23, 2015**                            /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE