# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY NGUYEN,<br><br>    Plaintiff,<br><br>   v.<br><br>M. D. BITER,<br><br>    Defendant.<br>_____/ | Case No. 1:11-cv-00809-AWI-SKO (PC)<br><br>ORDER GRANTING MOTIONS TO FILE SUPPLEMENTAL COMPLAINT AND DIRECTING CLERK'S OFFICE TO FILE IN SECOND SUPPLEMENTAL COMPLAINT<br><br>(Doc. 115 and 130) |

    Plaintiff Anthony Nguyen ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011. This action is proceeding against Defendant M. D. Biter ("Defendant") for violation of the Eighth Amendment of the United States Constitution, a claim which arises from Plaintiff's allegations that he was exposed to arsenic-contaminated water while at Kern Valley State Prison in Delano, California.[1]

    On September 15, 2014, Plaintiff filed a motion seeking leave to file a supplemental complaint. Fed. R. Civ. P. 15(d). On January 20, 2015, Plaintiff filed a second motion for leave to file a supplemental complaint, accompanied by the proposed second supplement.[2] On February 6, 2015, Defendant filed a notice of non-opposition. Local Rule 230(*l*).

    Plaintiff seeks leave to supplement his complaint to add facts relating to recent medical treatment, facts he contends are relevant to his arsenic exposure claim. Given the nature of the

---

[1] Plaintiff is presently incarcerated at California State Prison-Centinela in Imperial.

[2] Plaintiff filed a first supplemental complaint on February 26, 2013. (Doc. 76.)

1  proposed supplemental pleading, Plaintiff's motions for leave to file a supplemental complaint are
2  HEREBY GRANTED and the Clerk's Office shall file in the proposed second supplemental
3  complaint (doc. 130, pp. 2-6).  Fed. R. Civ. P. 15(d).

IT IS SO ORDERED.

Dated:  **March 24, 2015**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE