1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

| 10 | ANTHONY NGUYEN, | Case No.  1:11-cv-00809-AWI-SKO (PC) |
|----|-----------------|--------------------------------------|

11       Plaintiff,              ORDER DENYING MOTION FOR ENTRY
                                 OF DEFAULT AND FOR ISSUANCE OF
12    v.                         SUBPOENAS AD TESTIFICANDUM

13 M. D. BITER,                  (Doc. 145)

14       Defendant.
   _____/
15

16          Plaintiff Anthony Nguyen ("Plaintiff"), a state prisoner proceeding pro se and in forma

17 pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 18, 2011.  This action

18 is proceeding against Defendant M. D. Biter ("Defendant") for violation of the Eighth Amendment

19 of the United States Constitution, a claim which arises from Plaintiff's allegations that he was

20 exposed to arsenic-contaminated water while at Kern Valley State Prison in Delano, California.[1]

21          On July 23, 2015, Plaintiff filed a motion seeking entry of default against Defendant for

22 failing to file his opposition and cross-motion for summary judgment on July 20, 2015.  Fed. R.

23 Civ. P. 55(a).  Plaintiff also seeks the issuance of ten trial subpoenas.  Fed. R. Civ. P. 45.

24 Defendant filed an opposition on August 17, 2015.  Given that Plaintiff did not meet his burden as

25 the party moving for relief, a reply brief would be futile and the Court elects to address the motion.

26 Local Rule 230(*l*).

27 _____
[1] Plaintiff is presently incarcerated at California State Prison-Centinela in Imperial.

28

1    Defendant timely filed his opposition and cross-motion for summary judgment on July 20,

2    2015; and Plaintiff's motion for entry of default is patently frivolous given that it was prepared by

3    Plaintiff at 5:45 p.m. on the filing deadline, without awaiting receipt of the motion through the

4    mail.  Fed. R. Civ. P. 5(b)((2)(C), (d)(3).  Plaintiff's motion for entry of default is denied.

5    Plaintiff's request for subpoenas ad testificandum is denied as premature.  Fed. R. Civ. P.

6    45.  This case is not yet scheduled for trial, and it will not be scheduled for trial until and unless

7    the parties' pending cross-motions for summary judgment are resolved and that resolution results

8    in a determination that there are triable issues of fact.  Moreover, if this case is set for trial,

9    Plaintiff will be entitled to the issuance of subpoenas only if he is able to pay the $40.00 daily

10   witness fee and travel expenses.[2]  28 U.S.C. § 1821.  Plaintiff's in forma pauperis status entitles

11   him to service of subpoenas ad testificandum by the United States Marshal, 28 U.S.C. § 1915(d),

12   but not to the payment of witness fees and travel expenses from public funds, *Dixon v. Ylst*, 990

13   F.2d 478, 480 (9th Cir. 1993) (citing *Tedder v. Odel*, 890 F.2d 210, 211-12 (9th Cir. 1989)).

14   Accordingly, Plaintiff's motion for entry of default and for the issuance of subpoenas ad

15   testificandum is HEREBY DENIED.

16

17   IT IS SO ORDERED.

18   Dated:   **August 21, 2015**                        **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

---

[2] If this case is scheduled for trial, witness procedures will be set forth in the Second Scheduling Order.